UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAY -9 2011

FILED

United States of America

v.                              Criminal No. 00-cr-70-03-JD

David Fiore

## SEALED ORDER RE DISPOSITION OF SEALED DOCUMENT

The following document was ordered sealed and maintained on paper in the sealed vault:

| Document No. | Description |
|---|---|
| 69 | Motion Pursuant to USSG 5K1.1 and Title 18, USC Section 3553(e) |

**IT IS ORDERED THAT** unless a response is filed within fourteen days after service requesting an alternative form of disposition, the document will:

[X]   Be unsealed, docketed, and filed in the case.
[ ]   Remain sealed until
[ ]   Be destroyed.
[ ]   Be returned to submitting party.

Counsel shall, except in ex parte situations, attempt to agree on the manner of disposition if other than that ordered by the Court.

May 9, 2011

Joseph A. DiClerico, Jr.
United States District Judge

cc:   James Gleason, Esq.
      Aixa Maldonado-Quinones, Esq.
      Criminal Division, US Attorney's Office